

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**
V.
**MIGUEL LOPEZ-LOPEZ, ELVIRA OCEGUERA DE LOPEZ; et al.**
**Defendant (Respondent)**

CASE and/or DOCKET No.: 19-03710

Sheriff's Sale Date: 01/10/2020

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, WILLIAM BAILEY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELVIRA OCEGUERA DE LOPEZ the above process on the 16 day of October, 2019, at 8:30 o'clock, AM, at 32 Oregon Rd Wilmington, DE 19808 5420

**Manner of Service:**

☑ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: Alexandria Hernandez
Relationship/Title/Position: _____
Remarks: 10/16/2019 08:30:00 AM - Served Granddaughter, Alexandria Hernandez
Description: Approximate Age 21-25   Height 5FT 4IN - 5FT 7IN   Weight 151 LBS - 170 LBS   Race LIGHT BROWN   Sex FEMALE   Hair BLACK

Commonwealth/State of Delaware ) SS:
County of New Castle )

Before me, the undersigned notary public, this day, personally, appeared William Bailey _____ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

(Signature of Affiant)   10/23/19

Subscribed and sworn to before me this 23rd day of October, 20 19.

_____
Notary Public

File Number: USA-193366
Case ID #: 5654832

MCKENNA R. TOUEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 29, 2021