Case 2:19-cv-03710-ER   Document 4   Filed 10/30/19   Page 1 of 1



## IN THE COMMON PLEAS COURT OF CHESTER COUNTY PENNSYLVANIA

**UNITED STATES OF AMERICA; et seq.**
Plaintiff (Petitioner)

V.

**MIGUEL LOPEZ-LOPEZ, ELVIRA OCEGUERA DE LOPEZ; et al.**
Defendant (Respondent)

CASE and/or DOCKET No.: 19-03710

Sheriff's Sale Date: _____

### AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, WILLIAM BAILEY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve MIGUEL LOPEZ-LOPEZ the above process on the 23 day of October, 2019, at 4:15 o'clock, PM, at 32 Oregon Rd Wilmington, DE 19808 5420

**Manner of Service:**
By handing a copy to:

- [ ] An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*
- [ ] The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*
- [ ] An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*
- [ ] By handing a copy to the Defendant(s)
- [x] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*
- [ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*
- [ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*
- [ ] By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: **Marc Herrera**
Relationship/Title/Position: **Grandson**
Remarks: _____
Description: Approximate Age **21**   Height **5'7"**   Weight **175 lbs**   Race **Hispanic**   Sex **Male**   Hair **Black**
Defendant was not served because: [ ] Moved   [ ] Unknown   [ ] No Answer   [ ] Vacant
[ ] Other: _____

Service was attempted on the following dates/times:
1) _____   2) _____   3) _____

Commonwealth/State of **Delaware**         ) SS:
County of **New Castle**                    )

Before me, the undersigned notary public, this day, personally, appeared **William Bailey** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_  10/25/19

File Number: USA-193366
Case ID #: 5667455

Subscribed and sworn to before me
this 25th day of October, 20 19.

_____
Notary Public

```
MCKENNA R. TOUEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 29, 2021
```