IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CIVIL ACTION** |
| VS. | : | |
| | : | NO: 19-3710 |
| **MIGUEL LOPEZ-LOPEZ, et al** | : | |

<u>**ORDER**</u>

**AND NOW,** on this **22nd** day of **January, 2020,** it is hereby **ORDERED** that a hearing on Plaintiff's Motion for Default Judgment (ECF #6) is **SCHEDULED** for <u>**February 26, 2020 at 2:00 p.m.,**</u> in Courtroom 15A, United States District Court, 601 Market Street, Philadelphia, Pennsylvania[1].

**IT IS SO ORDERED.**

                                            <u>s/Eduardo C. Robreno</u>
                                            **EDUARDO C. ROBRENO, J.**

---

[1] Plaintiff's counsel shall serve Defendants with a copy of this Order at Defendants last known address and file a certificate of service prior to the hearing.