UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> Miguel Lopez-Lopez <br> Elvira Oceguera De Lopez <br><br> Defendant | CIVIL NO.  19-03710 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, Esquire, hereby certify that the foregoing Order  has been served by first class mail, postage pre-paid, upon the parties listed below on January 22, 2020.

Miguel Lopez-Lopez
234 W Summit Ave
West Grove, PA 19390

Elvira Oceguera De Lopez
234 W Summit Ave
West Grove, PA 19390

Miguel Lopez-Lopez
32 Oregon Road
Wilmington, DE 19808

Elvira Oceguera De Lopez
32 Oregon Road
Wilmington, DE 19808

Miguel Lopez-Lopez
131S Union Street, #C10
Kenneth Square, PA 19348

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327