UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff<br><br>vs.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br><br>        Defendant(s) | CIVIL NO. 19-03710 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2(c)(2)**

      Rebecca A. Solarz, Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

| | |
|---|---|
| (X) | Personal Service by the Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified mail by Rebecca A. Solarz (original green Postal return receipt attached). |
| ( ) | Certified mail by Sheriff's Office. |
| ( ) | Ordinary mail by Rebecca A. Solarz, Esquire to Attorney for Defendant(s) of record (proof of mailing attached). |
| ( ) | Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached). |
| ( ) | Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record. |

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

| | |
|---|---|
| ( ) | Premises was posted by Sheriff's Office/competent adult (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Sheriff's Office (copy of return attached). |
| ( ) | Certified Mail & ordinary mail by Rebecca A. Solarz (original receipt(s) for Certified Mail attached). |

Pursuant to the Affidavit under Rule 3129.1 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Rebecca A. Solarz, Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff



IN THE DISTRICT COURT OF CHESTER COUNTY PENNSYLVANIA

| THE UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 19-03710 |
| vs. | Sheriff's Sale Date: |
| MIGUEL LOPEZ-LOPEZ, ELVIRA OCEGUERA DE LOPEZ | 05/05/2020 |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** NOTICE OF SALE

I, WILLIAM BAILEY, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ELVIRA OCEGUERA DE LOPEZ the above process on 3/5/2020, at 10:11 AM, at 32 OREGON RD WILMINGTON, DE 19808, County of NEW CASTLE, Commonwealth of DELAWARE:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: MARC HERRERA
Relationship/Title/Position: GRANDSON

Description: Approximate Age <u>21-25</u>  Height <u>5ft 4in - 5ft 7in</u>  Weight <u>171 lbs - 190 lbs</u>  Race <u>LIGHT BROWN</u>  Sex <u>MALE</u>  Hair <u>Black</u>

Commonwealth/State of DELAWARE     ) SS:
County of NEW CASTLE                          )

Before me, the undersigned notary public, this day, personally, appeared WILLIAM BAILEY to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____ 3/6/2020
(Signature of Affiant)
William Bailey

Subscribed and sworn to before me
this 6 day of March, 20 20.

_____
Notary Public

File Number: USA-193366
Case ID #: 5810071

MCKENNA R. TOUEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 20, 2021



IN THE DISTRICT COURT OF CHESTER COUNTY PENNSYLVANIA

| THE UNITED STATES OF AMERICA | CASE and/or Docket No.: |
|---|---|
| Plaintiff (Petitioner) | 19-03710 |
| vs. | Sheriff's Sale Date: |
| MIGUEL LOPEZ-LOPEZ, ELVIRA OCEGUERA DE LOPEZ | 05/05/2020 |
| Defendant (Respondent) | |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** NOTICE OF SALE

I, WILLIAM BAILEY, certify that I eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served MIGUEL LOPEZ-LOPEZ the above process on 3/5/2020, at 10:11 AM, at 32 OREGON RD WILMINGTON, DE 19808 5420, County of NEW CASTLE, Commonwealth of DELAWARE:

**Manner of Service:**

☑ **Substitute** - By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no family member was found*

Name: MARC HERRERA
Relationship/Title/Position: GRANDSON

Description: Approximate Age 21-25  Height 5ft 4in - 5ft 7in  Weight 171 lbs - 190 lbs  Race LIGHT BROWN  Sex MALE  Hair Black

Commonwealth/State of DELAWARE  ) SS:
County of NEW CASTLE  )

Before me, the undersigned notary public, this day, personally, appeared WILLIAM BAILEY to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____ 3/6/2020
(Signature of Affiant)
William Bailey

Subscribed and sworn to before me
this 6 day of March, 20 20

_____
Notary Public

File Number: USA-193366
Case ID #: 5810071

MCKENNA R. TOUEY
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires January 29, 2021

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [ ] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
ZIP 19106
02 1W
0001403708 MAR. 03. 2020
$ 006.63⁰

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | RR Fee |
|---|---|---|---|---|---|
| 1. | | Lopez-Lopez, Miguel<br>234 W Summit Ave<br>West Grove, PA 19390 | Tenants/Occupants<br>234 W Summit Ave<br>West Grove, PA 19390 | | |
| 2. | | Oceguera De Lopez, Elvira<br>234 W Summit Ave<br>West Grove, PA 19390 | Lopez-Lopez, Miguel<br>131 S Union St #C10<br>Kenneth Square, PA 19348 | | |
| | | DOMESTIC RELATIONS OF CHESTER COUNTY<br>117 West Gay Street | Lopez-Lopez, Miguel<br>32 Oregon Rd<br>Wilmington, DE 19808 | | |
| 3. | | PO Box 2748<br>West Chester, PA 19380 | | | |
| | | PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building | Oceguera De Lopez, Elvira<br>32 Oregon Rd<br>Wilmington, DE 19808 | | |
| 4. | | PO Box 8018<br>Harrisburg, PA 17105 | COMMONWEALTH OF PA<br>Department of Revenue<br>Dept. 280948<br>Harrisburg, PA 17128-0946 | | |
| | | COMMONWEALTH OF PA<br>1400 Spring Garden Street<br>Philadelphia, PA 19130 | Chester County Adult Probation and Parole Dept<br>2 N. High Street<br>Suite 403<br>West Chester, PA 19380 | | |
| 5. | | DOMESTIC RELATIONS OF BERKS COUNTY<br>633 Court Street, 6th Floor<br>Reading, PA 19601 | DOMESTIC RELATIONS OF PHILADELPHIA COUNTY<br>Enforcement Unit, Sheriff Sale Section<br>34 S. 11th Street, Room 314 | | |
| 6. | | DOMESTIC RELATIONS OF LEBANON COUNTY<br>PO Box 1286<br>Lebanon, PA 17042 | Philadelphia, PA 19107 | | |
| 7. | | DOMESTIC RELATIONS OF LEHIGH COUNTY<br>Lehigh County Courthouse<br>Room 320, 455 W. Hamilton Street<br>Allentown, PA 18101 | DOMESTIC RELATIONS OF LEBANON COUNTY<br>ROOM 202 MUNICIPAL BLDG<br>400 S. 8TH STREET<br>LEBANON, PA 17042-6794 | | |
| 8. | | DOMESTIC RELATIONS OF NORTHAMPTON COUNTY<br>669 Washington Street<br>Easton, PA 18042 | | | |

USPS CONTINENTAL STATION MAR 3 2020 PHIL, PA 19100

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen |
|---|---|---|---|
| 7 | | | NDS - Kim Brambil |

See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)

USA-193366    Chester County Sale Date: 05/05/2020

Miguel Lopez-Lopez & Elvira Oceguera De Lopez

Kim B

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| **Mailer's Name & Address**<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | **Permit Number**<br>123 | | | **MAC Ver. Number**<br>ConnectShip Progistics 6.5 | | |
| | | **Sequence Number**<br>8689-1 | | | **Class of Mail**<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703998285526<br>9171999991703998285526 | Lopez-Lopez, Miguel<br>32 Oregon Rd<br>Wilmington, DE 19808 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703998285533<br>9171999991703998285533 | Oceguera De Lopez, Elvira<br>32 Oregon Rd<br>Wilmington, DE 19808 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703999875252<br>9171999991703999875252 | Lopez-Lopez, Miguel<br>234 W Summit Ave<br>West Grove, PA 19390 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703999875269<br>9171999991703999875269 | Oceguera De Lopez, Elvira<br>234 W Summit Ave<br>West Grove, PA 19390 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| 9171999991703999875276<br>9171999991703999875276 | Lopez-Lopez, Miguel<br>131 S Union St #C10<br>Kenneth Square, PA 19348 | ERR<br>C | 0.485 | 1.40<br>3.45 | | | 5.34 |
| Page Totals | 5 | | 2.42 | 24.25 | | | 26.68 |
| Cumulative Totals | 5. | | 2.42 | 24.25 | | | 26.68 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____   Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)   Extra Service Codes:
C     Certified
ERR   Return Receipt



UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br><br>Defendant(s) | CIVIL NO. 19-03710 |

## AFFIDAVIT PURSUANT TO RULE 3129.1

    The United States of America, Plaintiff in the above action, by counsel, KML Law Group, P.C. sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

    234 W Summit Ave
    West Grove, PA 19390

1. Name and address of Owner(s) or Reputed Owner(s):

    Miguel Lopez-Lopez
    234 W Summit Ave
    West Grove, PA 19390

    Elvira Oceguera De Lopez
    234 W Summit Ave
    West Grove, PA 19390

    Miguel Lopez-Lopez
    131 S Union St
    #C10
    Kenneth Square, PA 19348

    Miguel Lopez-Lopez
    32 Oregon Rd
    Wilmington, DE 19808

    Elvira Oceguera De Lopez
    32 Oregon Rd
    Wilmington, DE 19808

2. Name and address of Defendant(s) in the judgment:

    Miguel Lopez-Lopez
    234 W Summit Ave
    West Grove, PA 19390

        Elvira Oceguera De Lopez
        234 W Summit Ave
        West Grove, PA 19390

        Miguel Lopez-Lopez
        131 S Union St
        #C10
        Kenneth Square, PA 19348

        Miguel Lopez-Lopez
        32 Oregon Rd
        Wilmington, DE 19808

        Elvira Oceguera De Lopez
        32 Oregon Rd
        Wilmington, DE 19808

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

        DOMESTIC RELATIONS OF CHESTER COUNTY
        117 West Gay Street
        PO Box 2748
        West Chester, PA 19380

        PA DEPARTMENT OF PUBLIC WELFARE - Bureau of Child Support Health & Welfare Building
        PO Box 8018
        Harrisburg, PA 17105

        COMMONWEALTH OF PA
        Department of Revenue
        Dept. 280948
        Harrisburg, PA 17128-0946

        Chester County Adult Probation and Parole Dept
        2 N. High Street
        Suite 403
        West Chester, PA 19380

        COMMONWEALTH OF PA
        1400 Spring Garden Street
        Philadelphia, PA 19130

        DOMESTIC RELATIONS OF BERKS COUNTY
        633 Court Street, 6th Floor
        Reading, PA 19601

        DOMESTIC RELATIONS OF PHILADELPHIA COUNTY
        Enforcement Unit, Sheriff Sale Section
        34 S. 11th Street, Room 314
        Philadelphia, PA 19107

        DOMESTIC RELATIONS OF LEBANON COUNTY
        ROOM 202 MUNICIPAL BLDG
        400 S. 8TH STREET
        LEBANON, PA 17042-6794

        DOMESTIC RELATIONS OF LEBANON COUNTY
        PO Box 1286
        Lebanon, PA 17042

DOMESTIC RELATIONS OF LEHIGH COUNTY
Lehigh County Courthouse
Room 320, 455 W. Hamilton Street
Allentown, PA 18101

DOMESTIC RELATIONS OF NORTHAMPTON COUNTY
669 Washington Street
Easton, PA 18042

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

Tenants/Occupants
234 W Summit Ave
West Grove, PA 19390


I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED: March _____, 2020

KML Law Group, P.C.
BY: Rebecca A. Solarz, Esq.
Attorney for Plaintiff