## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| The United States of America<br><br>      Plaintiff<br><br> vs.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br><br>      Defendants | CIVIL NO.  19-03710 |

## NOTICE OF THE DATE OF CONTINUED MARSHAL'S SALE

 The Marshal Sale scheduled for May 05, 2020 at 11:00 AM in the above matter has been continued until **June 02, 2020 at 11:00 AM**

      Respectfully submitted,

      KML Law Group, P.C.


      By: /s/Rebecca A. Solarz, Esq.
      Rebecca A. Solarz, Esquire
      Suite 5000 – BNY Independence Center
      701 Market Street
      Philadelphia, PA  19106-1532
      (215) 825-6327
      RSolarz@kmllawgroup.com

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| The United States of America | | |
| | Plaintiff | |
| vs. | | |
| Miguel Lopez-Lopez | | CIVIL NO.. 19-03710 |
| Elvira Oceguera De Lopez | | |
| | Defendants | |

CERTIFICATE OF FILING AND SERVICE

    I hereby certify that the attached Notice of the Date of Continued Marshal's Sale was sent for filing with the Court, and was served on the following parties by regular mail on the date listed below.

Miguel Lopez-Lopez
234 W Summit Ave
West Grove, PA 19390

Miguel Lopez-Lopez
32 Oregon Road
Wilmington, DE 19808

Miguel Lopez-Lopez
131 S Union St, #C10
Kenneth Square, PA 19348

Elvira Oceguera De Lopez
234 W Summit Ave
West Grove, PA 19390

Elvira Oceguera De Lopez
32 Oregon Road
Wilmington, DE 19808

Date:____3/25/2020_____

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327
RSolarz@kmllawgroup.com