USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-03710 |
| DEFENDANT | TYPE OF PROCESS |
| Miguel Lopez-Lopez & Elvira Oceguera De Lopez | SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPLANY, DORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Miguel Lopez-Lopez

ADDRESS (Street or RFD, Apartment No., City, State and ZIP code)
234 W Summit Ave West Grove, PA 19390

| SEND NOTICE OF SERVICE COPY OF REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers and Estimated Times Available for Service)

Please post premises by 10/15/2020.

| Signature of Attorney other Originator requesting service behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>215-627-1322 | DATE<br>8/18/20 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk<br>Joseph John | Date<br>9/30/20 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc.. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date 9/30/20   Time 12:00 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

.75/mile

| Service Fee | Total Mileage Charges including endeavors<br>88 m. R/T<br>$50.60 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$50.60 |
|---|---|---|---|---|---|

REMARKS: Posted property at Front Door — Vacant

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80