Case 2:19-cv-03710-ER   Document 17   Filed 01/08/21   Page 1 of 9



**U.S. Department of Justice**

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 19-03710

I, __David Sprague__, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 234 W. Summit Ave West Grove, PA 19390.

The public sale was held on 11/18/20

and the highest bidder was $139,000  BP Real Estate Investment

who bid the amount of $ 139,000  Group LP.

David Sprague
**Deputy U.S. Marshal**
**United States Marshals Service**
**Eastern District of Pennsylvania**
**2110 U.S. Courthouse**
**601 Market Street**
**Philadelphia, PA 19106**
**(215) 597-7273**

Cashiers check #63124  $10,000
Cashiers check #64322  $5,000



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

#1
Winning
Bid
$139,000

# BIDDER'S REGISTRATION FORM

NAME: BP Real Estate Investment Group LP

ADDRESS: 1770 Oregon Pike

Lancaster PA 17601

PHONE (DAY): 717 268 9700

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

BP Real Estate Investment Group LP
The above is precisely how the name(s) are to appear in the deed



**U.S. Department of Justice**

United States Marshals Service

*Eastern District of Pennsylvania*

Philadelphia, PA 19106

#2
yes
contract

### BIDDER'S REGISTRATION FORM

NAME: Cash Now LLC

ADDRESS: 63 MT Zion Rd
York, PA 17406

PHONE (DAY): 717-577-5235

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Cash Now LLC

The above is precisely how the name(s) are to appear in the deed



U.S. Department of Justice

United States Marshals Service

Eastern District of Pennsylvania

Philadelphia, PA 19106

## BIDDER'S REGISTRATION FORM

NAME: Casey Wells

ADDRESS: 313 W Liberty St STE 2
Lancaster, Pa 17602

PHONE (DAY): (717) 951-6906

Below please provide the name(s) in which the deed will be registered, if you are the successful bidder. There will be no exceptions or changes.

Uptown Redevelopers, LLC

The above is precisely how the name(s) are to appear in the deed

| Casey | Cash Now Ray | BB | |
|---|---|---|---|
| 66K | 70K | 75 K | 11-18-2020 |
| | 80 K | 85 K | 11:00 |
| | 90 K | 95 K | Chester Co Courthouse |
| | 100 K | 105 K | 5950 |
| | 110 K | 115 K | |
| | 120 K | 125 K | |
| | 130 K | 135 K | |
| | 136 K | 137 K | |
| | 138K | (139K) | |
| | yes contract | | |


ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES. PRINTED ON CHEMICAL REACTIVE TONER FUSE PAPER-SEE BACK FOR DETAILS

# OrrstownBank

*Cashiers Check*     64322

Date:   10/21/2020

**PAY**

Branch:    124

**TO THE ORDER OF**   BP REAL ESTATE INVESTMENT GROUP LP

EXACTLY **5,000 AND 00/100 DOLLARS       $5,000.00

D66-CV-21-000002

REMITTER:   BP REAL ESTATE INV GP LP

⑆64322⑆ ⑈031315036⑈ 7123034535⑈

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES. PRINTED ON CHEMICAL REACTIVE TONER FUSE PAPER-SEE BACK FOR DETAILS

# ORRSTOWNBANK

*Cashiers Check*     63124

Date: 09/11/2020

**PAY**

Branch: 124

**TO THE ORDER OF**    BP REAL ESTATE INVESTMENT GROUP

EXACTLY *10,000 AND 00/100 DOLLARS     $10,000.00

D66-CV-21-000002

REMITTER:    BP REAL ESTATE INVESTMENT GROUP

⑆63124⑆ ⑉031315036⑉ 7123034535⑆

U.S. Department of Justice  
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 19-03710 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Miguel Lopez-Lopez & Elvira Oceguera De Lopez | US Marshals Sale of Real Estate |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Miguel Lopez-Lopez & Elvira Oceguera De Lopez
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 234 W. Summit Ave, West Grove, PA 19390

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KML Law Group  
701 Market Street  
Suite 5000  
Philadelphia, PA 19106

Number of process to be served with this Form 285:  
Number of parties to be served in this case:  
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER:  
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
|  | 1 | No. 66 | No. 66 | Joseph [signature] | 11/18/20 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):  
Date: 11/18/20  Time: 11:20 ☑ am ☐ pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
|  | 66 R/T $37.95 |  |  |  | $0.00 |

REMARKS:  
US Marshals Sale of premises known as 234 W. Summit Ave, West Grove, PA 19390. Sale was held at the Chester County Courthouse, 201 West Market Street, West Chester, PA 19382

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 11/13