# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>  v.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br>            Defendants | Civil Action No:  19-03710 |

## ORDER

AND NOW, this 4th day of  March , 2021, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on November 18, 2020 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to BP Real Estate Investment Group LP, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title and interest of Miguel Lopez-Lopez and Elvira Oceguera De Lopez in and to the premises sold located at 234 W Summit Ave, West Grove, PA 19390.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

/s/ *Eduardo C. Robreno*
                                                                               J.