# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br><br>                    Defendants | CIVIL NO. 19-03710 |

## ORDER

     **AND NOW**, this **4th** day of **May**, 2021, upon consideration of the motion for disbursement of funds (ECF No. 20) and the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 234 W Summit Ave West Grove, PA 19390 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, it is hereby **ORDERED** that the motion is **GRANTED** and the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                      BY THE COURT:

                                      /s/ Eduardo C. Robreno
                                      _____
                                                                                             J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>Miguel Lopez-Lopez<br>Elvira Oceguera De Lopez<br><br>                Defendants | CIVIL NO. 19-03710 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by BP Real Estate Investment Group LP……….. $139,000.00

Amount of cash received ................................................................$139,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A27632 ....................................................$139,000.00