UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

          Plaintiff

vs.                        CIVIL NO. 19-03710

Miguel Lopez-Lopez
Elvira Oceguera De Lopez

          Defendants

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by BP Real Estate Investment Group LP……….. $139,000.00

Amount of cash received ............................................................. $139,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

Proceeds of sale to the United States Department of
Justice re: CDCS# 2019A27632 .................................................. $139,000.00